# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-1736V

|  |  |
|---|---|
| SUSAN DAVIS, | Chief Special Master Corcoran |
| Petitioner, | Filed: May 27, 2026 |
| v. |  |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*Sean Franks Greenwood, Greenwood Law Firm, Houston, TX, for Petitioner.*

*Camille Jordan Webster, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION ON ATTORNEY'S FEES AND COSTS[1]

On October 5, 2023, Susan Davis filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered a shoulder injury related to vaccine administration following an influenza vaccination she received on October 12, 2020. Petition, ECF No. 1. On February 4, 2026, I issued a decision finding Petitioner entitled to damages and awarding compensation to Petitioner following briefing by the parties. ECF No. 45.

---

[1]Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $34,551.09 (representing $33,714.90 in fees plus $836.19 in costs). Petitioner's Application for Award of Attorney's Fees and Expenses ("Motion") filed February 18, 2026, ECF No. 47. Furthermore, counsel for Petitioner represents that no personal out-of-pocket expenses were incurred. ECF No. 54.

Respondent reacted to the motion on March 5, 2026, indicating that he is satisfied the statutory requirements for an award of attorneys' fees and costs are met in this case but deferring resolution of the amount to be awarded to my discretion. Respondents Response to Motion at ECF No. 50. Petitioner filed no reply thereafter.

I have reviewed the billing records submitted with Petitioner's request. The rates requested for work performed through 2025 are reasonable and consistent with our prior determinations and will therefore be awarded herein. Petitioner has requested the hourly rate of $635.00 for 2026 work performed by attorney Sean Greenwood, representing a rate increase of $51.00 from the previous year. Petitioner has also requested the hourly rate of $229.00 for 2026 work performed by paralegal Jonathan Krupa. I find the proposed rate increases to be reasonable and they are hereby awarded herein.

In addition, Petitioner has requested the hourly rate of $252.00 for 2026 work performed by associate Mariana Realpe Ledezma. Associate Realpe Ledezma billed .70 hours of work in this matter in 2026 at the rate of $252.00. However, Ms. Realpe Ledezma is not currently admitted to this Court.  Therefore, work performed prior to being admitted to the Court can only be billed at a paralegal rate. I hereby award Mariana Realpe Ledezma the hourly rate of $229.00 for work performed in 2026. **This results in a reduction of $16.10.**[3]

Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 47-3 at 1-21. I find the requested costs to be reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT, in part, Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $34,534.99 (representing $33,698.80 in fees plus $836.19 in costs) to be paid through an ACH deposit to petitioner's counsel's IOLTA account**

---

[3] This amount is calculated as: ($252.00 - $229.00 = $23.00 x .70 hrs.) = $16.10.

**for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this decision.[4]


**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[4] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.